UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.

D-1 Daniel Anderson,

    Defendant.
_____/

Violations: 18 U.S.C. § 641
[Misdemeanor]

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES

### COUNT ONE
### 18 U.S.C. § 641 - Theft of Government Funds (Misdemeanor)

D-1 Daniel Anderson

    In or around the month of March 2016, in the Eastern District of Michigan, Southern Division, the defendant Daniel Anderson willfully and knowingly did embezzle, steal, purloin, and convert to his use money of the Social Security Administration, a department or agency of the United States, to wit: some portion of Social Security Act, Title II, Survivor's Insurance Benefits to which he was not legally entitled; all in violation of Title 18, United States Code, Section 641.

SAIMA S. MOHSIN
Acting United States Attorney


*s/John K. Neal*
JOHN K. NEAL
Chief, White Collar Crime Unit

*s/Corinne M. Lambert*
CORINNE M. LAMBERT
Special Assistant U.S. Attorney

*s/Ryan A. Particka*
RYAN A. PARTICKA
Assistant United States Attorney



Dated:  February 11, 2021